# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-4498

_____

United States of America

*Plaintiff - Appellee*

v.

Kenneth Robert Simpson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: November 6, 2017
Filed: December 4, 2017
[Unpublished]

_____

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Kenneth Robert Simpson, proceeding pro se, appeals after the District Court[1] revoked his supervised release for the second time, sentenced him to 18 months in prison, and reimposed a life term of supervised release.

After reviewing the record, we conclude that Simpson's jurisdictional and double-jeopardy arguments amount to collateral attacks on his conviction and sentence, see United States v. Miller, 557 F.3d 910, 913 (8th Cir. 2009) ("A defendant may challenge the validity of his underlying conviction and sentence through a direct appeal or a habeas corpus proceeding, not through a collateral attack in a supervised-release revocation proceeding."), and that his remaining arguments lack merit. Simpson also moves to strike a brief filed by his former counsel. Because Simpson is proceeding pro se, we have not considered the arguments raised in the counseled brief, and we deny as moot the motion to strike.

We affirm the judgment.

_____

_____

[1]The Honorable Rodney W. Sippel, Chief Judge, United States District Court for the Eastern District of Missouri.